UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

ANGIE VELEZ, MEGAN HECKARD, and HILLARY WRIGHT,

                                          Plaintiff,    **NOTICE OF APPEARANCE**

            -against-                      22 Civ. 1810 (FB) (VMS)

ARTEM PRUSAYEV (SHIELD # 13776); and THE CITY OF NEW YORK,

                                          Defendants.

------------------------------------------------------------------------ x

        **PLEASE TAKE NOTICE** that **MICHAEL PESIN-VIROVETS**, Senior Counsel, appears herein as counsel of record on behalf of the Corporation Counsel of the City of New York, the Hon. Sylvia O. Hinds-Radix, attorney for Defendant City of New York, and requests that all papers and future notifications in this action be served upon the undersigned at the address stated below and copied to ecf@law.nyc.gov.

Dated: New York, New York
         May 2, 2022

                                          HON. SYLVIA O. HINDS-RADIX
                                          Corporation Counsel of the City of New York
                                          *Attorney for Defendant City of New York*
                                          100 Church Street, Room 3-202
                                          New York, New York 10007
                                          (212) 356-2617

                                 By:   /s/
                                            Michael Pesin-Virovets
                                            *Senior Counsel*

cc:     **By ECF**
Elena Louisa Cohen
*Attorney for Plaintiffs*
Cohen Green PLLC
1639 Centre Street, Suite 216
Ridgewood, NY 11385

Remy Green
*Attorney for Plaintiffs*
Cohen Green PLLC
1639 Centre Street, Suite 216
Ridgewood, NY 11385

Gideon Orion Oliver
*Attorney for Plaintiffs*
277 Broadway, Suite 1501
New York, NY 10007