

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NEW YORK 10007

**MICHAEL PESIN-VIROVETS**
Senior Counsel
mpvirove@law.nyc.gov
Phone: (212) 356-2617
Fax: (212) 356-3509

June 29, 2022

**BY ECF**
Honorable Vera M. Scanlon
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East, 1214 South
Brooklyn, New York 11201

>       Re:    Angie Velez et al. v. Artem Prusayev, et al.,
>              22-CV-1810 (FB) (VMS)

Your Honor:

I am a Senior Counsel in the office of the Honorable Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and the attorney assigned to represent defendant City of New York ("City") in the above-referenced matter. Defendant City writes pursuant to the Court's June 9, 2022 Order, directing defendant City to advise the Court as to (1) the status of Sergeant Artem Prusayev's representation and (2) an estimate as to the administrative prosecution's expected completion. (See Electronic Order dated 6/09/2022.)

By way of background, on June 9, 2022 the Court directed the City to provide a status report by June 15, 2022 regarding representation of Sergeant Prusayev and the pending administrative prosecution. On June 15, 2022, Defendant City requested an enlargement of time until June 21, 2022 to file its letter with the Court. On June 21, 2022, Defendant City requested a second enlargement of time until June 29, 2022.

As to the Court's first directive, this Office has decided not to represent Sergeant Prusayev and is in the process of finalizing its representation decision. In light of this decision, Defendant City asks this Court to grant Sergeant Prusayev a *sua sponte* enlargement of time from June 29, 2022 to July 29, 2022 to secure legal representation and file an Answer or otherwise respond to the Complaint.

As to the Court's second directive, today, June 29, 2022, the CCRB informed our Office that, as of today, the case against Sergeant Prusayev has been closed.

At this time, Defendant City respectfully requests a *sua sponte* enlargement of time for Sergeant Prusayev, until July 29, 2022, to obtain legal representation and answer or otherwise respond to the Complaint.

The City thanks the Court for its consideration of this request.

          Respectfully submitted,

By:   /s/

Michael Pesin-Virovets
*Senior Counsel*

cc:   **BY ECF**

Elena Louisa Cohen
*Attorney for Plaintiffs*
Cohen Green PLLC
1639 Centre Street, Suite 216
Ridgewood, NY 11385

Remy Green
*Attorney for Plaintiffs*
Cohen Green PLLC
1639 Centre Street, Suite 216
Ridgewood, NY 11385

Gideon Orion Oliver
*Attorney for Plaintiffs*
277 Broadway, Suite 1501
New York, NY 10007