| | | |
|---|---|---|
| **HON. SYLVIA HINDS-RADIX**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | **MICHAEL PESIN-VIROVETS**<br>*Senior Counsel*<br>phone: (212) 356-2617<br>cell: (646) 596-0583<br>mpvirove@law.nyc.gov |

July 18, 2022

**BY CERTIFIED MAIL**
Sergeant Artem Prusayev
Public Service Area 4
130 Avenue C
New York, NY 10009

Re:  Velez et al. v. Artem Prusayev et al.,
LM No.: 2022-020798
Index No./Docket No.: 22-CV-1810 (FB) (VMS)

Dear Sergeant Prusayev:

      Enclosed please find a copy of the electronic civil case docket for the above-captioned matter. For your reference, please review the Court's Order dated July 14, 2022.

Sincerely,

By: /s/ [signature]
Michael Pesin-Virovets
*Senior Counsel*

# U.S. District Court
## Eastern District of New York (Brooklyn)
### CIVIL DOCKET FOR CASE #: 1:22-cv-01810-FB-VMS

Velez et al v. Prusayev et al  
Assigned to: Judge Frederic Block  
Referred to: Magistrate Judge Vera M. Scanlon  
Cause: 42:1983 Civil Rights Act  

Date Filed: 03/31/2022  
Jury Demand: Plaintiff  
Nature of Suit: 440 Civil Rights: Other  
Jurisdiction: Federal Question  

**Plaintiff**

**Angie Velez**     represented by    **Elena Louisa Cohen**  
Cohen Green PLLC  
1639 Centre Street  
Suite 216  
Ridgewood, NY 11385  
929-888-9650  
Email: elenacohenesq@gmail.com  
*ATTORNEY TO BE NOTICED*

**Gideon Orion Oliver**  
Attorney at Law  
277 Broadway  
Suite 1501  
New York, NY 10007  
646-263-3495  
Fax: 646-349-2914  
Email: gideon@gideonlaw.com  
*ATTORNEY TO BE NOTICED*

**Remy Green**  
Cohen & Green  
1639 Centre Street  
Suite 216  
11385  
Ridgewood, NY 11207  
929-888-9480  
Fax: 929-888-9457  
Email: remy@femmelaw.com  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Megan Heckard**     represented by    **Elena Louisa Cohen**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Gideon Orion Oliver**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Remy Green**

|  |  |
|---|---|
| **Plaintiff** | |
| **Hillary Wright** | represented by **Elena Louisa Cohen**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Gideon Orion Oliver**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Remy Green**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

V.

| | |
|---|---|
| **Defendant** | |
| **Artem Prusayev**<br>*(SHIELD # 13776)* | |
| **Defendant** | |
| **The City of New York** | represented by **Michael Pesin-Virovets**<br>New York City Law Department<br>Special Federal Litigation<br>100 Church Street<br>New York, NY 10007<br>212-356-2617<br>Fax: 212-356-3509<br>Email: mpvirove@law.nyc.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Katherine Weall**<br>New York City Law Department<br>Special Federal Litigation<br>100 Church Street<br>New York, NY 10007<br>212-356-4386<br>Email: kweall@law.nyc.gov<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 03/31/2022 | 1 | COMPLAINT against Artem Prusayev, The City of New York filing fee $ 402, receipt number ANYEDC-15429109 Was the Disclosure Statement on Civil Cover Sheet completed -NO,, filed by Angie Velez, Hillary Wright, Megan Heckard. (Green, Remy) (Entered: 03/31/2022) |
| 03/31/2022 | 2 | Proposed Summons. Re 1 Complaint, by Megan Heckard, Angie Velez, Hillary Wright (Green, Remy) (Entered: 03/31/2022) |

| Date | # | Description |
|---|---|---|
| 03/31/2022 | | Notice: Re: Civil Cover Sheet. The Clerk's Office cannot assign this case without a completed Civil Cover Sheet. All questions *** INCLUDING the CERTIFICATION OF ARBITRATION ELIGIBILITY*** section on the second page needs to be answered. Please submit Civil Cover Sheet. (Bowens, Priscilla) (Entered: 03/31/2022) |
| 03/31/2022 | 3 | Civil Cover Sheet.. Re Notice: Re: Incomplete Civil Cover Sheet, 1 Complaint, by Megan Heckard, Angie Velez, Hillary Wright (Green, Remy) (Entered: 03/31/2022) |
| 03/31/2022 | | Case Assigned to Judge Frederic Block and Magistrate Judge Vera M. Scanlon. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (Bowens, Priscilla) (Entered: 04/01/2022) |
| 04/01/2022 | 4 | Summons Issued as to All Defendants. (Bowens, Priscilla) (Entered: 04/01/2022) |
| 04/01/2022 | 5 | In accordance with Rule 73 of the Federal Rules of Civil Procedure and Local Rule 73.1, the parties are notified that *if* all parties consent a United States magistrate judge of this court is available to conduct all proceedings in this civil action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to the Notice is a blank copy of the consent form that should be filled out, signed and filed electronically **only if all** parties wish to consent. The form may also be accessed at the following link: http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf. **You may withhold your consent without adverse substantive consequences**. **Do NOT return or file the consent unless all parties have signed the consent.** (Bowens, Priscilla) (Entered: 04/01/2022) |
| 04/01/2022 | 6 | This attorney case opening filing has been checked for quality control. See the attachment for corrections that were made, if any. (Bowens, Priscilla) (Entered: 04/01/2022) |
| 04/04/2022 | 7 | SCHEDULING ORDER: A Telephonic Initial Conference is scheduled for 8/16/2022 at 10:30 AM before Magistrate Judge Vera M. Scanlon The parties are to call 877-336-1829 and type in the access code 3581283 for the AT&T conference bridge. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. The parties must complete the attached Joint Proposed Case Management Plan (CMP) and file it on ECF no later than [8/2/2022. In the event that any Defendant(s) has not answered or otherwise appeared, Plaintiff(s) must also mail a copy of this Order, its attachment and the full docket to the last known mailing address(es) for such Defendant(s) and file proof on ECF by the CMP filing date. Ordered by Magistrate Judge Vera M. Scanlon on 4/4/2022. (Quinlan, Krista) (Entered: 04/04/2022) |
| 04/04/2022 | 8 | NOTICE of Appearance by Gideon Orion Oliver on behalf of Megan Heckard, Angie Velez, Hillary Wright (aty to be noticed) (Oliver, Gideon) (Entered: 04/04/2022) |
| 04/25/2022 | 9 | NOTICE of Appearance by Elena Louisa Cohen on behalf of All Plaintiffs (aty to be noticed) (Cohen, Elena) (Entered: 04/25/2022) |
| 04/26/2022 | 10 | SUMMONS Returned Executed by Angie Velez, Hillary Wright, Megan Heckard. Artem Prusayev served on 4/14/2022, answer due 5/5/2022; The City of New York served on 4/14/2022, answer due 5/5/2022. (Green, Remy) (Entered: 04/26/2022) |
| 04/27/2022 | 11 | NOTICE of Appearance by Katherine Weall on behalf of The City of New York (aty to be noticed) (Weall, Katherine) (Entered: 04/27/2022) |
| 05/02/2022 | 12 | NOTICE of Appearance by Michael Pesin-Virovets on behalf of The City of New York (aty to be noticed) (Pesin-Virovets, Michael) (Entered: 05/02/2022) |
| 05/03/2022 | 13 | MOTION to Stay by The City of New York. (Pesin-Virovets, Michael) (Entered: 05/03/2022) |

| | | |
|---|---|---|
| 05/25/2022 | | ORDER granting in part and denying in part 13 Motion to Stay. City Defendant is granted an extension to answer or otherwise respond to the complaint by 6/3/2022, but the Court will not stay the case with respect to the City Defendant. The case is stayed through 6/17/2022 with respect to the Individual Defendant, in light of the still-pending CCRB investigation and the challenges in determining the Individual Defendants' representation. See Hepburn v. City of New York, No. 21 Civ. 4158 (ARR) (VMS) (E.D.N.Y. July 23, 2021), Orders dated 9/29/2021, 11/18/2021; Muniz v. City of New York, No. 12 Civ. 719 (TPG), 2012 WL 3104898, at *2 (S.D.N.Y. July 17, 2012). The 8/16/2022 Telephonic Initial Conference will remain as scheduled.<br><br>On or before 6/3/2022, City Defendant must file a detailed status report about the progress of the CCRB investigation, estimates pertaining to the investigation's expected completion and the source of counsel's information. If appropriate, City Defendant may renew its stay motion in connection with its upcoming status report; if the City Defendant renews its motion, Plaintiff's response in opposition should be filed by 6/10/2022. Ordered by Magistrate Judge Vera M. Scanlon on 5/25/2022. (Scully, Nicole) (Entered: 05/25/2022) |
| 06/03/2022 | 14 | ANSWER to 1 Complaint, by The City of New York. (Pesin-Virovets, Michael) (Entered: 06/03/2022) |
| 06/03/2022 | 15 | Letter *advising Court as to status of CCRB investigation* by The City of New York (Pesin-Virovets, Michael) Modified on 6/9/2022 (Scully, Nicole). (Entered: 06/03/2022) |
| 06/07/2022 | | ORDER. The Court is in receipt of the City's letter at 15 . On or before 6/10/2022, Plaintiffs are to file a letter with their position. Ordered by Magistrate Judge Vera M. Scanlon on 6/7/2022. (Scully, Nicole) (Entered: 06/07/2022) |
| 06/08/2022 | 16 | Letter *re: Stay and Extension Request at Dkt. No. 15, per the Court's Order* by Megan Heckard, Angie Velez, Hillary Wright (Green, Remy) (Entered: 06/08/2022) |
| 06/09/2022 | | ORDER granting 15 Motion for Extension of Time to File City Defendant's status report letter regarding the CCRB investigation and to file City Defendant's renewed motion for a stay, if applicable. Any such motion should explain the current status of determining Defendant Prusayev's representation, the anticipated timeline for resolution of any representation issues, and why such a timeline is warranted. The letter should also include estimates pertaining to the administrative prosecution's expected completion and the source of counsel's information. City Defendant is to file the submission by 6/15/2022; if City Defendant renews its motion to stay, Plaintiffs' response in opposition should be filed by 6/22/2022. The case is stayed through 6/29/2022 with respect to Defendant Prusayev.<br><br>Whether or not the stay with respect to Defendant Prusayev is continued past 6/29/2022, this case will proceed to discovery against City Defendant. The parties are reminded to file their Proposed Case Management Plan by 8/2/2022. See Order dated 4/4/2022. The Court will discuss the scope of discovery with the parties at the Telephonic Initial Conference, which is scheduled for 8/16/2022. See id. Ordered by Magistrate Judge Vera M. Scanlon on 6/9/2022. (Scully, Nicole) (Entered: 06/09/2022) |
| 06/15/2022 | 17 | MOTION for Extension of Time to File *letter advising Court as to status of CCRB investigation and representation* by The City of New York. (Pesin-Virovets, Michael) (Entered: 06/15/2022) |
| 06/16/2022 | | ORDER granting 17 Motion for Extension of Time to File *letter advising Court as to status of CCRB investigation and representation*. City Defendant is to file the submission by 6/21/2022; if City Defendant renews its motion to stay, Plaintiffs' response in opposition should be filed by 6/28/2022. The case is stayed through 7/5/2022 with respect |

| | | |
|---|---|---|
| | | to Defendant Prusayev. Ordered by Magistrate Judge Vera M. Scanlon on 6/16/2022. (Scully, Nicole) (Entered: 06/16/2022) |
| 06/21/2022 | 18 | Second MOTION for Extension of Time to File *letter advising Court as to status of CCRB investigation and representation* by The City of New York. (Pesin-Virovets, Michael) (Entered: 06/21/2022) |
| 06/27/2022 | | ORDER granting unopposed 18 Motion for Extension of Time to File *letter advising Court as to status of CCRB investigation and representation*. City Defendant is to file the submission by 6/29/2022; if City Defendant renews its motion to stay, Plaintiffs' response in opposition should be filed by 7/7/2022. The case is stayed through 7/14/2022 with respect to Defendant Prusayev. Ordered by Magistrate Judge Vera M. Scanlon on 6/27/2022. (Scully, Nicole) (Entered: 06/27/2022) |
| 06/29/2022 | 19 | Letter *advising the Court as to status of Artem Prusayev* by The City of New York (Pesin-Virovets, Michael) (Entered: 06/29/2022) |
| 07/14/2022 | | ORDER sua sponte extending the time for Defendant Artem Prusayev to answer or otherwise respond to the complaint through and including 7/29/2022. This case is no longer stayed with respect to Defendant Prusayev. City Defendant is directed to serve a copy of this Order and the docket sheet on Defendant Prusayev via certified mail and file proof of service on the docket by 7/18/2022. Ordered by Magistrate Judge Vera M. Scanlon on 7/14/2022. (Scully, Nicole) (Entered: 07/14/2022) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/18/2022 16:57:15 | | | |
| PACER Login: | michaelpesin | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:22-cv-01810-FB-VMS |
| Billable Pages: | 5 | Cost: | 0.50 |

## DECLARATION OF SERVICE BY CERTIFIED MAIL

I, Michael Pesin-Virovets, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that on July 18, 2022. I served the annexed ORDER upon the following individual by causing a copy of same, enclosed in a first class postpaid properly addressed wrapper, to be deposited in a post office/official depository under the exclusive care and custody of the United States Postal Service, within the State of New York, directed to Sergeant Artem Prusayev at the address set forth below, being the address designated by Sergeant Prusayev for that purpose:

Sergeant Artem Prusayev
Public Service Area 4
130 Avenue C
New York, NY 10009

Dated: New York, New York
July 18, 2022

Michael Pesin-Virovets
*Senior Counsel*