UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

ANGIE VELEZ, MEGAN HECKARD, and HILLARY WRIGHT,

                Plaintiff,                                    NOTICE OF APPEARANCE

   -against-                                             22 civ. 1810 (FB)(VMS)

ARTEM PRUSAYEV (SHIELD # 13776); and
THE CITY OF NEW YORK

                Defendants.
------------------------------------------------------------------------X

        PLEASE TAKE NOTICE that STEVEN J. BUSHNELL, Esq. of The Quinn Law Firm, PLLC, does hereby enter his appearance on behalf of Defendant ARTEM PRUSAYEV in connection with the above-referenced matter.

Dated: White Plains, New York
         July 29, 2022

                                                       Respectfully submitted,

                                                         *Steven Bushnell*
                                                         _____
                                                         STEVEN J. BUSHNELL, ESQ.
                                                         The Quinn Law Firm, PLLC
                                                         Attorney for Defendant Prusayev
                                                         399 Knollwood Road, Suite 220
                                                         White Plains, New York 10603
                                                         (t)(914) 997-0555
                                                         (f)(914) 997-0550
                                                         sbushnell@quinnlawny.com