UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X

ANGIE VELEZ, MEGAN HECKARD, and HILLARY WRIGHT,

                Plaintiff,                      NOTICE OF APPEARANCE

   -against-                               22 civ. 1810 (FB)(VMS)

ARTEM PRUSAYEV (SHIELD # 13776); and
THE CITY OF NEW YORK

                Defendants.
----------------------------------------------------------------------X

       PLEASE TAKE NOTICE that LALIT K. LOOMBA, Esq. of The Quinn Law Firm, PLLC, does hereby enter his appearance on behalf of Defendant ARTEM PRUSAYEV in connection with the above-referenced matter.

Dated:  White Plains, New York
         July 29, 2022

                                                  Respectfully submitted,

                                                *Lalit Loomba*
                                                _____
                                                LALIT LOOMBA, ESQ.
                                                The Quinn Law Firm, PLLC
                                                Attorney for Defendant Prusayev
                                                399 Knollwood Road, Suite 220
                                                White Plains, New York 10603
                                                (t)(914) 997-0555
                                                (f)(914) 997-0550
                                                lloomba@quinnlawny.com