UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ANGIE VELEZ, MEGAN HECKARD, and HILLARY WRIGHT,

                Plaintiff,                              NOTICE OF APPEARANCE

    -against-                                      22 civ. 1810 (FB)(VMS)

ARTEM PRUSAYEV (SHIELD # 13776); and
THE CITY OF NEW YORK

                Defendants.
------------------------------------------------------------------X

       PLEASE TAKE NOTICE that MARYKATE ACQUISTO, Esq. of The Quinn Law Firm, PLLC, does hereby enter her appearance on behalf of Defendant ARTEM PRUSAYEV in connection with the above-referenced matter.

Dated:  White Plains, New York
          July 29, 2022

                                                                      Respectfully submitted,

                                                                      *Marykate Acquisto*
                                                                      _____
                                                                      MARYKATE ACQUISTO, ESQ.
                                                                        The Quinn Law Firm, PLLC
                                                                        Attorney for Defendant Prusayev
                                                                        399 Knollwood Road, Suite 220
                                                                        White Plains, New York 10603
                                                                        (t)(914) 997-0555
                                                                        (f)(914) 997-0550
                                                                        macquisto@quinnlawny.com