

June 8, 2022

Honorable Vera M. Scanlon
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East, 1214 South
Brooklyn, New York 11201

<u>By Electronic Filing.</u>

  **Re:** <u>Velez v. Prusayev</u>, 22-CV-1810 (FB) (VMS)

Dear Judge Scanlon:

  I am co-counsel for Plaintiffs in the above-captioned matter. I write, with consent from the City Defendants, to ask the Court to provide a brief extension on the non-Prusayev parties' time to file a proposed case management plan in advance of the August 16, 2022 initial conference. *See* Jun. 9, 2022 Minute Order.

  The City has served a Rule 68 offer that the parties are discussing, and Prusayev's counsel has just appeared. Thus, we ask for until August 12, 2022 to sort out the path forward and file a proposed case management plan (to include Prusayev's position) to the extent the case is not resolved. This is the first such request.

  As always, I thank the Court for its time and attention to this matter.

        Respectfully submitted,

         /s/
       _____
       J. Remy Green
        *Honorific/Pronouns: Mx., they/their/them*
       **COHEN&GREEN P.L.L.C.**
       *Attorneys for Plaintiff*
       1639 Centre St., Suite 216
       Ridgewood, New York 11385

cc:
All relevant parties by ECF.