

August 8, 2022

**BY REGULAR MAIL AND E-MAIL**

Michael Pesin-Virovets
Senior Counsel
Special Federal Litigation Division
New York City Law Department
100 Church Street
New York, NY 10007

    Re:    *Angie Velez, Megan Heckard, and Hillary Wright v. Artem Prusayev (Shield # 13776) and the City of New York* – 22-CV-1810 (FB) (VMS)

Counsel:

    I write to inform you that all Plaintiffs in the above-captioned matter hereby accept Defendants' Rule 68 Offer of Judgment dated July 26, 2022, a copy of which is attached.

    I will contact you separately regarding the outstanding claims for attorney's fees and costs to see if we can reach a stipulation that would avoid the need for a formal application to the Court.  And, as we have discussed, I await you answer on whether the City has a view of the best mode of addressing our difference of views on the appropriateness of inclusion of a disclaimer of liability in a judgment.

    Thank you for your consideration in this matter.

Yours, &c.,

/s/
_____

J. Remy Green
    *Honorific/Pronouns:*
    *Mx., they/their/them*
**COHEN&GREEN P.L.L.C.**
*Attorneys for Plaintiffs*
1639 Centre St., Suite 216
Ridgewood, New York 11385