

October 20, 2022

Hon. Frederic Block, Senior Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East, 1214 South
Brooklyn, New York 11201

<u>By Electronic Filing.</u>

   Re: <u>Velez v. Prusayev,</u> 22-CV-1810 (FB) (VMS)

Dear Judge Block:

  I am co-counsel for Plaintiffs in the above-captioned matter. I write jointly with Defendants, per the Court's Motion Rule 1(D), to request an extension of 30 days more days to apply for costs (inclusive of attorneys' fees under 42 U.S.C. § 1988), consistent with the judgment entered in this case. *See* ECF No. 28. Per the Court's August 17, 2022 Minute Order, the current deadline is October 25, 2022. Plaintiffs previously applied for an extension (ECF No. 29) which the Court granted, making this the second extension. Plaintiffs served a demand and copies of attorney time sheets on September 19, 2022, and are currently waiting for Defendants' counter-offer.

  This further time will allow the parties to see if fees can be resolved without litigation. If this motion is granted, the new deadline will be Thursday, November 24, 2022.

  As always, I thank the Court for its time and attention to this matter.

            Respectfully submitted,

            /s/
            _____
            J. Remy Green
             *Honorific/Pronouns: Mx., they/their/them*
            **COHEN&GREEN P.L.L.C.**
            *Attorneys for Plaintiffs*
            1639 Centre St., Suite 216
            Ridgewood, New York 11385

cc:
All relevant parties by ECF.