

remy green <remy@femmelaw.com>

## Payment on Velez v. Prusayev (22-cv-1810)

**PayMyClaim** <PayMyClaim@comptroller.nyc.gov>                    Mon, Jan 23, 2023 at 10:51 AM
To: remy green <remy@femmelaw.com>, PayMyClaim <PayMyClaim@comptroller.nyc.gov>
Cc: Protester Cases <Protests@femmelaw.com>, "Pesin-Virovets, Michael [LAW]" <mpvirove@law.nyc.gov>

The NYC Office of Comptroller has not received closing papers for any of the claims listed below. Please contact the Examiner, the settling Attorney at the NYC Health & Hospital Corporation or the Assistant Corporation Counsel at the New York City Law Department for more information

**From:** remy green <remy@femmelaw.com>
**Sent:** Monday, January 23, 2023 10:00 AM
**To:** PayMyClaim <PayMyClaim@comptroller.nyc.gov>
**Cc:** Protester Cases <Protests@femmelaw.com>; Pesin-Virovets, Michael [LAW] <mpvirove@law.nyc.gov>
**Subject:** [EXTERNAL] Re: Payment on Velez v. Prusayev (22-cv-1810)

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.  Forward suspect email to phish@oti.nyc.gov as an attachment (Click the More button, then forward as attachment).

*Apologies -- I accidentally cc'd the wrong law department attorney (who has now left).  Fixed in this email.*

---

**J. Remy Green**

            *Partner*
| Cohen&Green P.L.L.C. | #FemmeLaw |
| remy@femmelaw.com (e) | (929) 888.9560 (direct) |
| (929) 888.9480 (p) | (929) 888.9457 (f) |
| honorific / pronouns:  Mx. / they, their, them |
| 1639 Centre St., Ste. 216 | Ridgewood (Queens), NY 11385 |

---



---

On Mon, Jan 23, 2023 at 9:58 AM remy green <remy@femmelaw.com> wrote:

> Dear Colleagues,
>
> I am writing regarding the very much overdue payment in the case above.  Pursuant to a Rule 68 offer, payment was due on November 7, 2022.  We have not received it -- and have been following up repeatedly with counsel on the case (cc'd here) for some time.
>
> The comptroller claim numbers for the people involved are:
>
> - Heckard, 2021PI009916
> - Velez,  2021PI009915
> - Wright,  2021PI009913
>
> We will be writing the Court shortly, so please let us know what the status, if any, of paying these claims is as soon as possible, so we can inform the Court.
>
> Yours,
>
> Remy Green.
>
> ---
>
> **J. Remy Green**
>
>        *Partner*
> | Cohen&Green P.L.L.C. | #FemmeLaw |
> | remy@femmelaw.com (e) | (929) 888.9560 (direct) |
> | (929) 888.9480 (p) | (929) 888.9457 (f) |
> | honorific / pronouns:  Mx. / they, their, them |
> | 1639 Centre St., Ste. 216 | Ridgewood (Queens), NY 11385 |
>
> ---

