

**THE QUINN LAW FIRM**

399 KNOLLWOOD ROAD, SUITE 220
WHITE PLAINS, NEW YORK 10603
Tel: 914.997.0555
Fax: 914.997.0550

35 Worth Street
New York, NY 10013
Tel: 646.398.3909

February 6, 2023

**By ECF**

Magistrate Judge Vera Scanlon
United States District Court
Eastern District of New York
Courtroom 13A – South Wing
225 Cadman Plaza East,
Brooklyn, NY 11201

**Re:**   Angie Velez, Megan Heckard and Hillary Wright v. Artem Prusayev (Shield #13776) and The City of New York, 22-CV-1810 (FB)(VMS)

Dear Magistrate Scanlon:

The Quinn Law Firm represents Sgt. Artem Prusayev in the above-referenced action. We are writing to seek permission to be excused from the in-person conferenced scheduled for February 8, 2023, at 5:00 p.m., or in the alternative for permission to attend telephonically.

This case was settled under an accepted Rule 68 offer that was made by the City of New York on behalf of the City and all City employees, including Sgt. Prusayev. The current dispute is limited to a ministerial issue; namely, the timing of the issuance by the City and receipt by plaintiffs' attorneys of checks representing the agreed settlement amount. Because the City is contributing the full settlement amount on behalf of all defendants, Sgt. Prusayev plays no role in the current dispute.

By email sent February 6, 2023, we asked counsel for plaintiff and counsel for the City whether their respective clients would consent to this application. Michael Pesin-Virovets, Esq., of the New York City Law Department, responded that the City had no objection. We have not heard, one way or the other, from counsel for plaintiffs.

Accordingly, we respectfully request that Sgt. Prusayev and the Quinn Law Firm on his behalf be excused from attending the in-person conference scheduled for February 8, 2023, at 5:00 p.m.; or in the alternative, that the Court allow us to appear for Sgt. Prusayev at the conference telephonically.

Respectfully submitted,

THE QUINN LAW FIRM, PLLC
Attorneys for Artem Prusayev

Lalit K. Loomba

399 Knollwood Road, Suite 220
White Plains, NY  10603
(914) 997-0555

Cc: Counsel of Record via ECF